# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 30, 2017

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen
Kurtis T. Wilder,
Justices

151343-4

BRONSON METHODIST HOSPITAL,
   Plaintiff-Appellee,

v

             SC: 151343-4
             COA: 317864, 317866
             Kalamazoo CC: 2012-000600-NF

MICHIGAN ASSIGNED CLAIMS FACILITY,
   Defendant-Appellant.

_____/

   By order of October 12, 2016, the application for leave to appeal the February 19, 2015 judgment of the Court of Appeals was held in abeyance pending the decision in *Covenant Medical Center, Inc v State Farm Mutual Auto Ins Co* (Docket No. 152758). On order of the Court, the case having been decided on May 25, 2017, ___ Mich ___ (2017), the application is again considered and, pursuant to MCR 7.305(H)(1), in lieu of granting leave to appeal, we VACATE the judgment of the Court of Appeals and we REMAND this case to that court for reconsideration in light of *Covenant*.

   We do not retain jurisdiction.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 30, 2017



Clerk

s0627